*In re* SOPHIE WISNIEWSKI. (THE PEOPLE OF THE STATE OF ILLINOIS, Petitioner-Appellee, *v.* SOPHIE WISNIEWSKI, Respondent-Appellant.)

(No. 60524;

First District (5th Division)—March 14, 1975.

Opinion by Mr. JUSTICE DRUCKER.

James J. Doherty, Public Defender, of Chicago (Anthony Pinelli and Suzanne M. Xinos, Assistant Public Defenders, of counsel), for appellant.

Bernard Carey, State's Attorney, of Chicago (Patrick T. Driscoll, Jr., and Dennis J. O'Hara, Assistant State's Attorneys, of counsel), for the People.